**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>v.<br><br>Lonnie Gregg Bedoni,<br><br>                 Defendant. | No. CR-14-08159-PCT-PGR<br><br>**DETENTION ORDER** |

      In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the issue of detention was addressed at his Initial Appearance and Arraignment hearing on July 22, 2015. The Court was informed that the defendant is subject to other custody and is not eligible for release at this time.

      The Court finds by a preponderance of the evidence that the defendant is subject to other custody and should be similarly detained in this case. If circumstances change such that defendant is no longer in custody in the other matter, defendant shall have leave to request that the matter of detention be reopened in this case.

      IT IS ORDERED that the defendant be detained pending further proceedings. On order of the Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United

///

//

/

1 | States Marshal for the purpose of an appearance in connection with a Court proceeding.

2 |     Dated this 22nd day of July, 2015.

_____
Bridget S. Bade
United States Magistrate Judge